PER CURIAM.

(No. 6940 )

THE WESTERN UNION TELEGRAPH COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LAW ENFORCEMENT, Respondent.

*Opinion filed December 13, 1972.*

ECKHART, McSWAIN, HASSELL and SILLIMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

163

Per Curiam.